# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. DIEGO ARBOLEDA

Docket No. 3:01CR00154(JBA)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Keith P. Barry, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Diego Arboleda who was sentenced to time served for a violation of 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute Cocaine, by the Honorable Janet Bond Arterton, United States District Judge sitting in the court at New Haven, Connecticut on October 23, 2002, who fixed the period of supervision at 5 years which commenced on October 23, 2002 and imposed the general terms and conditions theretofore adopted by the court and imposed the following special conditions: 1) If deported, the defendant shall not re-enter the United States without written approval from the United States Attorney General, along with notification to the United States Attorney's Office and the United States Probation Office for the District of Connecticut; and 2) The defendant shall pay a fine in the amount of $1,500 payable at a rate of $25 per month. Supervision is scheduled to terminate on October 22, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of supervised release:

Charge: Standard Condition - **"The defendant shall not commit another federal, state, or local crime."** On August 6, 2007, the defendant was arrested by the Stamford, Connecticut Police Department, and charged with Assault 1st Degree. The incident report reflects that Mr. Arboleda was arrested after being identified as the person who assaulted another individual, inflicting injuries to the head and face with a large flashlight. Mr. Arboleda was released on a $50,000 bond. His next court appearance is scheduled for September 27, 2007.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Diego Arboleda to appear before this court at, New Haven, Connecticut on _October_ 2007, at _11 a.m._ to show cause why his supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 12th day of September, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Janet Bond Arterton
United States District Judge

Sworn to By
_Keith P. Barry_
Senior United States Probation Officer

Place New Haven
Date 9-12-07

Before me, the Honorable Janet Bond Arterton, United States District Judge, on this 12th day of September, 2007 at New Haven, Connecticut, Senior U.S. Probation Officer Keith P. Barry appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet Bond Arterton
United States District Judge