UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:01CR154(JBA) |
| v. | |
| DIEGO ARBOLEDA | January 4, 2008 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael E. Runowicz, Assistant United States Attorney, as counsel for the United States of America, in the above-referenced case.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    MICHAEL E. RUNOWICZ
    ASSISTANT UNITED STATES ATTORNEY
    FEDERAL BAR NO. ct08084
    157 CHURCH STREET, 23RD FLOOR
    NEW HAVEN, CT 06510
    TEL. 203.821.3700

**CERTIFICATION**

This is to certify that a copy of the within and foregoing was sent by First Class mail on this 4th day of January 2007, to the following counsel of record:

Ronald Resetarits, Esq.
Assistant Federal Public Defender
Federal Public Defender's Office
265 Church Street, Suite 702
New Haven, CT 06510

_____
MICHAEL E. RUNOWICZ
ASSISTANT UNITED STATES ATTORNEY